AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

Irina Gavrilina

*Plaintiff(s)*

v.

A.G. New York Transportation, Inc.

*Defendant(s)*

Civil Action No. 6:26-cv-2629-CEM-RMN

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* A.G. New York Transportation, Inc.
through its Registered Agent:

Aleksey Golovnitskiy
7707 S. Orange Ave.
592537
Orlando, Florida 32859

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Krumbein Law PLLC
12724 Gran Bay Parkway West
Suite 410
Jacksonville, Florida 32258

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA

Marisol Norris

Date: November 10, 2026

*Signature of Clerk or Deputy Clerk*